# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 28, 2023

## NO. 03-22-00658-CV

**Amber K. Walkington, CRNA, Appellant**

**v.**

**Texas Board of Nursing; Kathy Shipp, MSN, RN, FNP, Texas Board of Nursing President; and Katherine A. Thomas, MN, RN, FAAN, Texas Board of Nursing Executive Director, Appellees**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on September 15, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.